AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>GARY BARNETT<br><br>*Defendant* | )<br>)<br>) Case No. 12-cr-00045-WYD<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Gary Barnett                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

> Conspire to distribute, and possess with the intent to distribute, one or more of the following: (1) 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, and (2) 280 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine); Use a communication facility (telephone) in facilitating the commission of a drug trafficking felony, that is, the knowing and intentional distribution and possession with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack cocaine). All in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(iii), 841(b)(1)(B)(iii), 843, and 846.

Date: 01/26/2012                                                                                  s/KTriplett, Deputy Clerk
                                                                                                       *Issuing officer's signature*

City and state:     Denver, Colorado                                                    Greg Langham, Clerk
                                                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                       *Arresting officer's signature*

                                                                                                       *Printed name and title*