IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No:   12-cr-00045-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MATTHEW SMITH, a/k/a "Unc," a/k/a "Uncle Matt," a/k/a "Matt Matt,"
2. GERARDO ARREDONDO, a/k/a "Bobbles,"
3. GARY BARNETT,
4. GERMAIN CARDENAS,
5. KEITH FRANKLIN, a/k/a "Tre Times," a/k/a "Cooter,"
6. MICHAEL GAYTON,
7. ELBERT GIFFORD, a/k/a "Bear,"
8. JOHN LEWIS, a/k/a "Butch,"
9. CHRISTOPHER LIGHTNER,
10. HARRIETT MADISON,
11. LAMAR MASON, a/k/a "Lil' KO,"
12. MICHAEL MONROE,
13. CENECA ROBINSON, a/k/a "Red Flag,"
14. THEODIS WALKER, a/k/a "Boo,"
15. DERRICK WEBSTER, a/k/a "Web," and
16. CHRISTOPHER YOUNG,

        Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the Attorneys for the Defendants [ECF No. 255], filed May 24, 2012, pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure , it is hereby

ORDERED that Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits under Specified Conditions to the Attorneys for the Defendants [ECF No. 255], filed May 24, 2012, is **GRANTED.**   It is

FURTHER ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants in the above captioned case and in related cases: 12-cr-44-CMA, 12-cr-46-REB, 12-cr-47-MSK and 12-cr-48-WJM for preparation for trial. It is

FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are subject to the Protective Order previously entered in this case (Doc 170) and are to be handled accordingly.

Dated: May 24, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE