IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MATTHEW SMITH**, a/k/a "Unc," a/k/a "Uncle Matt," a/k/a "Matt Matt,"
2. **GERARDO ARREDONDO**, a/k/a "Bobbles,"
3. **GARY BARNETT**,
4. **GERMAIN CARDENAS**,
5. **KEITH FRANKLIN**, a/k/a "Tre Times," a/k/a "Cooter,"
6. **MICHAEL GAYTON**,
7. **ELBERT GIFFORD**, a/k/a "Bear,"
8. **JOHN LEWIS**, a/k/a "Butch,"
9. **CHRISTOPHER LIGHTNER**,
10. **HARRIETT MADISON**,
11. **LAMAR MASON**, a/k/a "Lil' KO,"
12. **MICHAEL MONROE**,
13. **CENECA ROBINSON**, a/k/a "Red Flag,"
14. **THEODIS WALKER**, a/k/a "Boo,"
15. **DERRICK WEBSTER**, a/k/a "Web," and
16. **CHRISTOPHER YOUNG**,

    Defendants.

---

## ORDER

---

THIS MATTER is before the Court upon review of the case file. The defendants have filed numerous pretrial motions. As of Wednesday, January 16, 2013, four defendants have pled guilty and are awaiting sentencing, while six defendants are scheduled to plead guilty at upcoming Change of Plea hearings. Thus, the majority of the pending motions will become moot upon the defendants' sentencing. However, four of the six remaining defendants who have not expressed a desire to plead guilty, have

filed pretrial motions. Before the Court sets a Motions Hearing regarding those motions, it is

ORDERED that any defendant who has not pled guilty or who does not have a Change of Plea hearing scheduled, **shall file a Status Report on or before Friday**, **January 25**, **2013**, indicating: (1) whether the defendant filed pretrial motions; and, (2) which of the pretrial motions, if any, require a hearing.

Dated: January 16, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge