UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. GARY BARNETT**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On February 5, 2013, defendant, Gary Barnett, filed a Notice of Disposition And Motion Requesting Change Of Plea Hearing [ECF No. 586]. Accordingly, a Change of Plea hearing is set for **Tuesday**, **March 5**, **2013**, **at 4:00 p.m. in Courtroom A-1002**.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: February 6, 2013.